**ROMIG v. JEFFERSON-PILOT LIFE INS. CO.**

[351 N.C. 349 (2000)]

VERONICA D. ROMIG, On Behalf of Herself and All Others Similarly Situated v. JEFFERSON-PILOT LIFE INSURANCE COMPANY

No. 218A99

(Filed 3 March 2000)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 132 N.C. App. 682, 513 S.E.2d 598 (1999), dismissing as interlocutory defendant's appeal of an order entered by Morgan (Melzer A., Jr.), J., on 14 July 1997 in Superior Court, Guilford County. Heard in the Supreme Court 16 February 2000.

*McDaniel & Anderson, by L. Bruce McDaniel; and Wolf Haldenstein Adler Freeman & Herz LLP, by David A.P. Brower, pro hac vice, for plaintiff-appellee.*

*Smith Helms Mulliss & Moore, L.L.P., by James G. Exum, Jr.; Larry B. Sitton; and Robert R. Marcus, for defendant-appellant.*

PER CURIAM.

AFFIRMED.